**Wacks & Hartmann, LLC**
Attorneys at Law
55 Madison Avenue, Suite 320A
Morristown, NJ 07960-7397
Telephone: (973) 644-0770
Attorney of Record: Philip D. Stern
Attorneys for Plaintiff, Paul S. Cohen

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL S. COHEN, an individual; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ASSOCIATED CREDIT SERVICES, INC., a Massachusetts Corporation; *et al.*, <br><br> Defendants. | Case No.: 2:08-cv-02616-PGS-ES <br><br> **NOTICE OF DISMISSAL** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff, Paul S. Cohen, having concluded that a class action is not in the best interest of the unnamed putative class members, hereby dismisses the above-entitled and numbered action, with prejudice as to himself and without prejudice as to the rights of the unnamed putative class members.

WACKS & HARTMANN, LLC

Dated: March 3, 2009

*/s/ Philip D. Stern*
PHILIP D. STERN
Attorneys for Plaintiff, Paul S. Cohen

pds1324

Page 1 of 1

SO ORDERED: /s/ [signature]
DATED: 4/14/09